1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for LUIS HERNANDEZ
5

6

7
                  UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,          )        2:10-CR-469-JAM
                                      )
12               Plaintiff,           )        ORDER FOR
                                      )        WAIVER OF DEFENDANT
13 vs.                                )        LUIS HERNANDEZ'S
                                      )        PERSONAL APPEARANCE
14 LUIS HERNANDEZ,                     )
                                      )
15               Defendant.           )
   _____ )
16

17        The undersigned defendant hereby waives the right to be present in person in open

18 court upon the hearing of any motion or other proceeding in this cause, including, but not

19 limited to, when the case is ordered set for trial, when a continuance is ordered, and when any

20 other action is taken by the Court before or after trial, except upon arraignment, plea,

21 impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to

22 proceed during every absence of his which the Court may permit pursuant to this waiver;

23 agrees that his interests will be deemed represented at all times by the presence of his

24 attorney, the same as if the defendant were personally present; and further agrees to be

25 present in court ready for trial any day and hour the Court may fix in his absence.

26        Defendant further acknowledges that he has been informed of his rights under Title 18

27 United States Code Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set

28                                          1

times and delays under that Act without defendant being present. Defendant has been explained his rights to a speedy public jury trial under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act, and agrees to waive time under both the Sixth Amendment of the United States Constitution and the Speedy Trial Act regarding his right to a speedy public jury trial.


DATED: 1/25/12                              /s/ Luis Hernández
                                            LUIS HERNANDEZ, Defendant

APPROVED:

DATED: 1/25/12                              /s/ Gilbert A. Roque
                                            GILBERT A. ROQUE, Attorney for
                                            Defendant LUIS HERNANDEZ



**IT IS HEREBY ORDERED** that Defendant Luis Hernández's appearance is waived for the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

**IT IS SO ORDERED**.

                                            /s/ John A. Mendez

DATED: 01/26/2012
                                            _____
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

2