CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
BERNARDO QUEVEDO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNARDO QUEVEDO,<br><br>　　　　Defendant. | Case No.: 10-469 JAM<br><br>STIPULATION AND ORDER ADVANCING MATTER |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Bernardo Quevedo, that the matter be added to the court's criminal calendar on March 6, 2012, at 1:30 p.m., for change of plea. The matter is presently set for Trial Confirmation Hearing on March 20, 2012. This request applies to Defendant Quevedo only.

DATED:　　March 1, 2012　　　　　　/S/　　Michael Anderson_____
　　　　　　　　　　　　　　　　　　　MICHAEL ANDERSON
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　/S/　　Clemente M. Jiménez_____
　　　　　　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　　　　　　Attorney for BERNARDO QUEVEDO

10cr469.o.312012.doc
03/01/12

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS SO ORDERED, that the above-entitled matter be placed on the court's criminal calendar on March 6, 2012, at 1:30 p.m. for change of plea.

This 1st day of March, 2012

>  /s/ John A. Mendez
> HON. JOHN A. MENDEZ
> United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com