```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:10-cr-469 JAM |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT AS TO DEFENDANT LUIS HERNANDEZ |
| v. | |
| LUIS HERNANDEZ, et al. | |
| Defendant. | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against LUIS HERNANDEZ without prejudice in the interest of justice. I have spoken with Gilbert A. Roque, counsel for Mr. Hernandez, and he stated that he has no objection to this request.

DATED: March 27, 2012                     Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                     By:  /s/ Michael D. Anderson
                                          MICHAEL D. ANDERSON
                                          Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant LUIS HERNANDEZ without prejudice in the interest of justice.

DATED: March 28, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. District Court Judge