GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for LUIS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS HERNANDEZ,<br><br>    Defendant. | 2:10-CR-469-JAM<br><br>REQUEST AND<br>ORDER EXONERATING BONDS<br>AND ORDER<br>FOR RECONVEYANCE |

On October 25, 2010, Luis Hernández was released from custody by the Honorable Kimberly J. Mueller on a $150,000.00 unsecured appearance bond to be replaced by a secured bond within two weeks.

After obtaining an extension to file the secured bond, on November 22, 2010, the Honorable Gregory G. Hollows granted a requested stipulation that the bond be satisfied by $70,000.00 on real property and $80,000.00 in an unsecured bond (Docket No. 31).

On December 13, 2010, an unsecured appearance bond in the amount of $80,000.00 (Docket No. 37) was posted on behalf of Luis Hernández, Defendant in Case Number 2:10-CR-0469-JAM.

On December 14, 2010, collateral in the form of a Deed of Trust was received and routed to the vault by the Clerk of the Court (Docket No. 38), as follows: Real Property of

1

Leticia Jazmin Barker, 23920 McLane Avenue, Corning, California 96021. The Deed of Trust was recorded on November 23, 2010, by the Tehama County Recorder's Office under Document Number 2010013788.

On March 28, 2012, the Honorable John A. Méndez ordered that the Indictment as to Luis Hernández be dismissed (Docket No. 79).

It is hereby respectfully requested that the appearance bonds be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustor the Deed of Trust as to the secured appearance bond described above.

Respectfully submitted,

DATED: 3/28/12      /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
LUIS HERNANDEZ

## **ORDER**

**IT IS HEREBY ORDERED** that the appearance bonds posted on behalf of Luis Hernández be exonerated.

**IT IS FURTHER ORDERED** that the Clerk of the Court reconvey back to the Trustor the real property of Leticia Jazmin Barker, Tehama County Recorder document number 2010013788.

**IT IS SO ORDERED**.

DATED: 4/2/2012      /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE