| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136<br>428 J Street, Suite 355<br>Sacramento, CA 95814<br>(916) 443-8055<br><br>Attorney for Defendant<br>BERNARDO QUEVEDO | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARDO QUEVEDO,<br><br>Defendant. | Case No.: 10-469 JAM<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE: June 12, 2012<br>TIME: 9:45 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant BERNARDO QUEVEDO, that the sentencing hearing scheduled for June 12, 2012, at 9:45 a.m., be vacated and the matter continued to this Court's criminal calendar on August 21, 2012, at 9:45 a.m., for sentencing. US Probation has indicated it requires additional time to prepare its presentence report. Counsel will require time to review said report with Mr. Quevedo.

//
//
//
//
//

10cr469.o.6812.doc
06/08/12

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June 8, 2012 | /S/   Michael Anderson_____<br>MICHAEL ANDERSON<br>Attorney for Plaintiff |
| | /S/   Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Leonel Favela |

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for June 12, 2012, at 9:45 a.m., be vacated and the matter continued to August 21, at 9:45 a.m., for sentencing.

This 8th day of June, 2012

/s/ John A. Mendez_____<br>Hon. John A. Mendez<br>United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com