1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   GABRIEL AMBRIZ
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. CRS 10-469 JAM
                                )
13              Plaintiff,      )
                                ) STIPULATION AND ORDER CONTINUING
14      v.                      ) J&S
                                )
15                              ) Date: Sept. 11, 2012
   GABRIEL AMBRIZ,              ) Time: 9:30 a.m.
16                              ) Judge: Hon. John A. Mendez
               Defendants.      )
17                              )
   _____

18
       **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Gabriel Ambriz; that the date set for judgment and
21
   sentencing be continued to this Court's criminal calendar on September
22
   11, 2012, at 9:45 a.m.
23
       This continuance is requested by the defense in order to permit
24
   that the probation report be translated by a federally certified court
25
   interpreter. Although Counsel has reviewed the report with the client,
26
   it needs to be read to Mr. Ambriz by an interpreter to ensure that he
27
   fully comprehends its contents. Mr. Ambriz has been housed at the
28

Sacramento County jail for the past year and half but was recently moved to another facility.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 11, 2012 date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 20, 2012 /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Gabriel Ambriz

Dated: August 20, 2012 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Aug. 20, 2012 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge